IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>VICTOR MEDERO-RUIZ,<br>Defendant. | CRIMINAL NO. 99-185-05 (FAB) |

NOTICE OF ATTORNEY APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Enter the appearance of the undersigned as counsel for defendant Victor Medero-Ruiz.[1]

    RESPECTFULLY SUBMITTED.

    I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that all counsel of record were notified via said system. I have separately notified the same via email attachment to Assistant Deputy Chief Probation Officer Zulma Basora, at: zulma_basora@prp.uscourts.gov and to belinda_zayas@prp.uscourts.gov, Supervisory AUSA Jeanette Mercado, at Jeanette.Mercado@usdoj.gov, and AUSA José Ruiz, Chief, Criminal Division, at jose.ruiz3@usdoj.gov. And I have notiffied the same by regular mail to: Victor Medero-Ruiz, Reg. No. 17950-069, Federal Correctional Complex, Coleman Low Unit AZ, PO BOX 1031, Coleman, FL 33521-1031.

---

[1] The undersigned was counsel of record for Mr. Medero-Ruiz in all proceedings before the District Court. We have separately filed today a Petition for Retroactive Application of Amendment to Crack Cocaine Guideline, for Resentencing, and for Appointment of Counsel Pursuant to the Criminal Justice Act. Apparently, because the case was closed before the advent of CM/ECF, we need to file an appearance in order to receive electronic notices.

United States v. Victor Medero Ruiz,
Criminal No. 99-185-05 (FAB)

    In San Juan, Puerto Rico, this 16th day of June, 2008.

*Counsel for Victor Medero-Ruiz:*

LAW OFFICES OF THOMAS R. LINCOLN
Post Office Box 363852
San Juan, PR 00936-3852
Tel. (787) 593-8803
Fax (787) 293-2062
tomlincoln@onelinkpr.net
lincolnlaw@gmail.com


/s/ *Thomas R. Lincoln*
Thomas R. Lincoln
USDC-PR 125509