# UNITED STATES DISTRICT COURT
for the

JUDICIAL DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br>v.<br><br>[5] Victor MEDERO-RUIZ<br><br>Date of Previous Judgment: September 6, 2002<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>) Case<br>) No: 99-CR-185-05 (DRD)<br>) USM<br>) No: 17950-069<br>)<br>) Thomas Lincoln San Juan, Esq.<br>   Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  X  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of Eighty-Four (84) months is reduced to Seventy (70) months as to count One (1) to be served consecutively with the 60 months imposed in Count Two (2) for a total term of imprisonment of One Hundred and Thirty (130) months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 87 to 108 months | Amended Guideline Range: | 70 to 87 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated September 6, 2002 at Docket No. 364 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: July 14, 2008                                                                                    S/ DANIEL R. DOMÍNGUEZ
                                                                                                                               Judge's signature

Effective Date: July 14, 2008                                                                         DANIEL R. DOMÍNGUEZ, U.S. DISTRICT JUDGE
(if different from order date)                                                                             Printed name and title